# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:13-MJ-331-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| VINICIO JOSEPH GONZALEZ, | ) |
| a/k/a "VINNIE GONZALEZ" | ) |
| | ) |
| _____ | ) |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Complaint, Affidavit in Support of the Complaint and Arrest Warrant be unsealed,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit in Support of the Complaint and Arrest Warrant shall be unsealed.

The clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: December 4, 2013

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.