**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-MJ-331-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **VINICIO JOSEPH GONZALEZ,** | ) | |
| **a/k/a "VINNIE GONZALEZ"** | ) | |
| | ) | |
| _____ | ) | |

　　　　**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed by Christopher C. Fialko, concerning Ernest Leo Chang on January 3, 2014. Mr. Ernest Leo Chang seeks to appear as counsel *pro hac vice* for Defendant Vinicio Joseph Gonzalez. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

　　　　**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) is **GRANTED.** Ernest Leo Chang is hereby admitted *pro hac vice* to represent Defendant Vinicio Joseph Gonzalez.

　　　　**SO ORDERED**.

Signed: January 6, 2014

David C. Keesler
United States Magistrate Judge